THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LALLA HANSEN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BOOHOO.COM USA, INC., BOOHOOPLC.COM INC., and BOOHOO.COM UK LIMITED,

Defendants.

Case No.: 2:26-cv-01778-JNW

**STIPULATED MOTION TO EXTEND DEADLINES AND ORDER**

NOTE ON MOTION CALENDAR:
July 13, 2026

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

Plaintiff Lalla Hansen and Defendants Boohoo.com USA, Inc., BoohooPLC.com Inc., and Boohoo.com UK Limited, through undersigned counsel, hereby STIPULATE and ask the Court to Order as follows:

WHEREAS, Defendants filed their Motion to Dismiss on June 29, 2026 ("Motion");

WHEREAS, the current filing deadline for Plaintiff's opposition to Defendants' Motion is July 20, 2026;

WHEREAS, the current filing deadline for Defendants' reply in support of their Motion is July 27, 2026;

WHEREAS, the Parties have conferred regarding the briefing schedule for Defendants' Motion and agree that a seven-day extension of the remaining deadlines is appropriate in light of the July 4 holiday and attorney scheduling needs;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

The new filing deadline for Plaintiff's opposition to Defendants' Motion shall be July 27, 2026;

The new filing deadline for Defendants' reply in support of their Motion shall be August 10, 2026.

Dated: July 13, 2026

Respectfully submitted,

By: */s/ Simon Franzini*

Simon Franzini, WSBA No. 63689
simon@dovel.com
Jonas B. Jacobson, WSBA No. 62890
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd, Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Counsel for Plaintiff*

1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

## CERTIFICATION OF COMPLIANCE

I certify that this memorandum contains 145 words, in compliance with the Local Civil Rules.

By: _/s/ Simon Franzini_
Simon Franzini

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

## ORDER

PURSUANT TO THE FOREGOING STIPULATED MOTION, IT IS SO ORDERED.

The Court GRANTS the Parties' Stipulated Motion to Extend Deadlines. Plaintiff's deadline to respond to Defendants' Motion to Dismiss shall be extended to July 27, 2026, and Defendants' reply in support of their Motion shall be extended to August 3, 2026.

IT IS SO ORDERED,

Dated this 16th day of July, 2026

_____

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

By: /s/ Simon Franzini

Simon Franzini, WSBA No. 63689
simon@dovel.com
Jonas B. Jacobson, WSBA No. 62890
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd, Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

By: /s/ Kristin Nealey Meier
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com

3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

EVERSHEDS SUTHERLAND (US) LLP
Ronald W. Zdrojeski, NY Bar No. 1926856
Amy R. Albanese, NY Bar No. 5615141
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 212-389-5076

Madeline Claire Thompson, GA Bar No. 477618
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Telephone: 404-868-8253

*Counsel for Defendants*

4

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066