THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LALLA HANSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOOHOO.COM USA INC., BOOHOOPLC.COM INC., and BOOHOO.COM UK LIMITED,<br><br>Defendants. | NO. 2:26-cv-1778-JNW<br><br>**STIPULATED MOTION TO EXTEND DEADLINES AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: JULY 31, 2026** |

Plaintiff LALLA HANSEN ("Plaintiff") and Defendants BOOHOO.COM USA INC. and BOOHOOPLC.COM INC. ("Defendants") (collectively the "Parties") stipulate and ask the Court to Order as follows:

1. Defendants filed their Motion to Dismiss (the "Motion") on June 29, 2026.

2. Plaintiff filed its Opposition to Defendants' Motion on July 27, 2026.

3. The parties previously stipulated via motion to extend Plaintiff's deadline to file its Opposition to Defendants' Motion to July 27, 2026, and to extend Defendants' deadline to respond to Plaintiff's Opposition to August 10, 2026. (Dkt. 20 at 1.)

4. A typographical error in the Proposed Order incorrectly set Defendants' deadline to respond to Plaintiff's Opposition to August 3, 2026. (*Id.* at 3.)



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224

5. When the Parties conferred regarding the briefing schedule for Defendants' Motion, they agreed that the deadline for Defendants to respond to Plaintiff's Opposition should have been August 10, 2026.

6. This Motion is made in good faith and is not intended unnecessarily or unreasonably delay the progress of this action.

7. The undersigned counsel certify that they have conferred with their respective clients and that both parties agree upon and have consented to request the Court to extend the deadlines as set forth herein.

WHEREFORE, the Parties respectfully stipulate and agree:

The filing deadline for Defendants' Reply in support of their Motion shall be August 10, 2026.

The parties certify that this memorandum contains 222 words, in compliance with the Local Civil Rules.

DATED this 3rd day of August, 2026.

By */s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
401 Union Street, Suite 1500
Seattle, Washington 98101-2668
Telephone: (206) 464-4224
kmeier@ryanlaw.com

By */s/ Melissa Fox*
By */s/ Madeline Claire Thompson*
Melissa L. Fox (*Pro Hac Vice* Pending)
Madeline Claire Thompson (Adm. *Pro Hac Vice*)
Eversheds Sutherland (US) LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308
Tel: 404.853.8109
MelissaFox@eversheds-sutherland.us
clairethompson@eversheds-sutherland.com

By */s/ Ronald Zdrojeski*
By */s/ Amy Albanese*

Ronald W. Zdrojeski (Adm. *Pro Hac Vice*
Amy R. Albanese (Adm. *Pro Hac Vice*)
Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703
Tel: 212 389 5000
ronzdrojeski@eversheds-sutherland.com
amyalbanese@eversheds-sutherland.com

*Attorneys for Defendants Boohoo.com USA Inc. and Boohooplc.com Inc.*

By */s/ Simon Franzini*

Simon Franzini, WSBA #63689
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Tel: (310) 656-7066 | Fax: (310) 656-7069
jonas@dovel.com
simon@dovel.com

*Attorneys for Plaintiff*

**ORDER**

This matter, having come before the Court on the Parties' foregoing Stipulated Motion to Extend Deadlines, and the Court, having considered the Parties' Motion, HEREBY ORDERS, ADJUDGES, AND DECREES that:

The Parties' Motion is GRANTED and the Defendants' deadline to reply to Plaintiff's Opposition to Defendants' Motion to Dismiss shall be extended to August 10, 2026.

DATED this 3rd day of August, 2026.

Hon. Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
kmeier@ryanlaw.com

*/s/ Melissa Fox*
*/s/ Madeline Claire Thompson*
Melissa L. Fox (*Pro Hac Vice* Pending)
Madeline Claire Thompson (Adm. *Pro Hac Vice*)
Eversheds Sutherland (US) LLP
MelissaFox@eversheds-sutherland.us
clairethompson@eversheds-sutherland.com

*/s/ Ronald Zdrojeski*
*/s/ Amy Albanese*
Ronald W. Zdrojeski (Adm. *Pro Hac Vice*
Amy R. Albanese (Adm. *Pro Hac Vice*)
Eversheds Sutherland (US) LLP
ronzdrojeski@eversheds-sutherland.com
amyalbanese@eversheds-sutherland.com

*Attorneys for Defendants Boohoo.com USA Inc. and Boohooplc.com Inc.*



Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224